

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00107-CR
No. 02-19-00108-CR
No. 02-19-00109-CR

———————————————

MARSHALL D. ARON, Appellant

V.

THE STATE OF TEXAS

On Appeal from Criminal District Court No. 1
Tarrant County, Texas
Trial Court Nos. 1547277D, 1547278D, 1547279D

Before Kerr, Pittman, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has moved to dismiss his appeals. Because we have not yet decided these cases, we grant the motion and dismiss the appeals. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: April 25, 2019